# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————————

No. 16-41039
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

March 2, 2017

Lyle W. Cayce
Clerk

DERRICK CONRAD,

     Plaintiff - Appellant

v.

WAYNE KRC, Longview Public Works; COURTNEY BRADY, Longview
Police Department; DANNY STROUD, Longview Police Department; PETE
FASENELLO, Longview Police Department; GREGG MASCASLAND,
Longview Police Department; THE CITY OF LONGVIEW, TEXAS,

     Defendants - Appellees

————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:15-CV-77

————————

Before JONES, WIENER, and CLEMENT, Circuit Judges

PER CURIAM:*

AFFIRMED.  See Rule 47.6.

————————

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.